# UNITED STATES OF AMERICA
## DEPARTMENT OF TRANSPORTATION—FEDERAL AVIATION ADMINISTRATION
## STANDARD AIRWORTHINESS CERTIFICATE

| 1. NATIONALITY AND REGISTRATION MARKS | 2. MANUFACTURER AND MODEL | 3. AIRCRAFT SERIAL NUMBER | 4. CATEGORY |
|---|---|---|---|
| N880GA | McDonnell Douglas DC9-83 | 49625 | TRANSPORT |

**5. AUTHORITY AND BASIS FOR ISSUANCE**

This airworthiness certificate is issued pursuant to the Federal Aviation Act of 1958 and certifies that, as of the date of issuance, the aircraft to which issued has been inspected and found to conform to the type certificate therefor, to be in condition for safe operation, and has been shown to meet the requirements of the applicable comprehensive and detailed airworthiness code as provided by Annex 8 to the Convention on International Civil Aviation, except as noted herein.

Exceptions:
Exemption No 4150.FAR25.1001 "Fuel Jettisoning System"

**6. TERMS AND CONDITIONS**

Unless sooner surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator, this airworthiness certificate is effective as long as the maintenance, preventative maintenance, and alterations are performed in accordance with Parts 21, 43, and 91 of the Federal Aviation Regulations, as appropriate, and the aircraft is registered in the United States.

| DATE OF ISSUANCE | FAA REPRESENTATIVE | DESIGNATION NUMBER |
|---|---|---|
| 09/25/2006 | William F Duncan | DART200025SO |

Any alteration, reproduction, or misuse of this certificate may be punishable by a fine not exceeding $1,000, or imprisonment not exceeding 3 years, or both. THIS CERTIFICATE MUST BE DISPLAYED IN THE AIRCRAFT IN ACCORDANCE WITH APPLICABLE FEDERAL AVIATION REGULATIONS.

**FAA Form 8100-2** (6-82)

☆ U.S. G.P.O.:1903 869-036

---

## REGISTRATION NOT TRANSFERABLE

### UNITED STATES OF AMERICA
### DEPARTMENT OF TRANSPORTATION – FEDERAL AVIATION ADMINISTRATION
### CERTIFICATE OF AIRCRAFT REGISTRATION

This certificate must be in the aircraft when operated.

| NATIONALITY AND REGISTRATION MARKS | AIRCRAFT SERIAL NO. |
|---|---|
| N 880GA | 49625 |

**MANUFACTURER AND MANUFACTURER'S DESIGNATION OF AIRCRAFT**
MCDONNELL DOUGLAS    DC-9-83(MD-83)

ICAO Aircraft Address Code: 53017154

ISSUED TO:
SUNRISE ASSET MANAGEMENT LLC
8360 S DURANGO DR
LAS VEGAS NV 89113-4444

Corporation

This certificate is issued for registration purposes only and is not a certificate of title. The Federal Aviation Administration does not determine rights of ownership as between private persons.

It is certified that the above described aircraft has been entered on the register of the Federal Aviation Administration, United States of America, in accordance with the Convention on International Civil Aviation dated December 7, 1944, and with Title 49, United States Code, and regulations issued thereunder.

| DATE OF ISSUE | February 22, 2011 | | U.S. Department of Transportation Federal Aviation Administration |
|---|---|---|---|
| EXPIRATION DATE | February 28, 2014 | ADMINISTRATOR | |

AC Form 8050-3 (10/2010) Supersedes previous editions

# FAA REGISTRY
## N-Number Inquiry Results

**N880GA is Assigned**

## Aircraft Description

| | | | |
|---|---|---|---|
| **Serial Number** | 49625 | **Status** | Valid |
| **Manufacturer Name** | MCDONNELL DOUGLAS | **Certificate Issue Date** | 02/22/2011 |
| **Model** | DC-9-83(MD-83) | **Expiration Date** | 02/28/2017 |
| **Type Aircraft** | Fixed Wing Multi-Engine | **Type Engine** | Turbo-fan |
| **Pending Number Change** | None | **Dealer** | No |
| **Date Change Authorized** | None | **Mode S Code (base 8 / oct)** | 53017154 |
| **MFR Year** | 1988 | **Mode S Code (base 16 / hex)** | AC1E6C |
| **Type Registration** | Corporation | **Fractional Owner** | NO |

## Registered Owner

| | |
|---|---|
| **Name** | SUNRISE ASSET MANAGEMENT LLC |
| **Street** | 1201 N TOWN CENTER DR |

| | | | |
|---|---|---|---|
| **City** | LAS VEGAS | **State** | NEVADA |
| **County** | CLARK | **Zip Code** | 89144-6307 |
| **Country** | UNITED STATES | | |

## Airworthiness

| | | | |
|---|---|---|---|
| **Engine Manufacturer** | P & W | **Classification** | Standard |
| **Engine Model** | JT8D-219 | **Category** | Transport |
| | | **A/W Date** | 10/20/2006 |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at http://aircraft.faa.gov/e.gov/ND/

## Other Owner Names
None

## Temporary Certificates