# EXHIBIT 2

## Mark Pierce

| | |
|---|---|
| **From:** | Paula Knippa |
| **Sent:** | Thursday, July 23, 2015 4:20 PM |
| **To:** | Allen, Kimberly G.; Neal, Kevin D. |
| **Cc:** | Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland; Mark Pierce |
| **Subject:** | RE: Desch |

I totally understand you don't talk to Judge Burns herself – I'm just astounded to learn that a JA or court clerk would be authorized to authorize an extension in Arizona federal court....

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 4:17 PM
**To:** Paula Knippa; Neal, Kevin D.
**Cc:** Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland; Mark Pierce
**Subject:** RE: Desch

Paula when we call the Court here, so as not to be an *ex-parte* communication, we are only authorized to speak with the Judge's clerk or JA. The clerk authorized the extension and said a minute entry would be issued. If you need to call the Court you can do so to confirm. We have tried several times and no one is answering.

**From:** Paula Knippa [mailto:pknippa@slackdavis.com]
**Sent:** Thursday, July 23, 2015 2:14 PM
**To:** Allen, Kimberly G.; Neal, Kevin D.
**Cc:** Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland; Mark Pierce
**Subject:** RE: Desch

The Court's *clerk* authorized an extension of the court-ordered deadline?

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 4:13 PM
**To:** Mark Pierce; Neal, Kevin D.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland
**Subject:** RE: Desch

I spoke with Judge Burn's clerk on Monday, and I haven't spoken with anyone since. I have left two messages.

**From:** Mark Pierce [mailto:mpierce@slackdavis.com]
**Sent:** Thursday, July 23, 2015 2:12 PM
**To:** Allen, Kimberly G.; Neal, Kevin D.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland
**Subject:** RE: Desch

Who are you talking to at the Court?

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 4:11 PM
**To:** Mark Pierce <mpierce@slackdavis.com>; Neal, Kevin D. <kevin.neal@gknet.com>
**Cc:** Paula Knippa <pknippa@slackdavis.com>; Tom Burnett (tom@burnettlawaz.com) <tom@burnettlawaz.com>;

Weaver, Sharlee M. <sharlee.weaver@gknet.com>; Tonya Strickland <tstrickland@slackdavis.com>
**Subject:** RE: Desch

I have called the Court and left a message.  I was hoping to get some clarification before today.  I'm not sure, but I imagine the deadline will be extended by four days, as the deadline for submission was extended by four days.

---

**From:** Mark Pierce [mailto:mpierce@slackdavis.com]
**Sent:** Thursday, July 23, 2015 2:10 PM
**To:** Allen, Kimberly G.; Neal, Kevin D.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland
**Subject:** RE: Desch

What is your expectation about what the Court is going to do about the July 27 deadline for responding to Motions in Limine? We did not discuss that last Monday.

---

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 4:06 PM
**To:** Mark Pierce <mpierce@slackdavis.com>; Neal, Kevin D. <kevin.neal@gknet.com>
**Cc:** Paula Knippa <pknippa@slackdavis.com>; Tom Burnett (tom@burnettlawaz.com) <tom@burnettlawaz.com>; Weaver, Sharlee M. <sharlee.weaver@gknet.com>; Tonya Strickland <tstrickland@slackdavis.com>
**Subject:** RE: Desch

Yes.  We are filing a Daubert Motion regarding Mr. Swope.  That will be filed this afternoon or tomorrow.

---

**From:** Mark Pierce [mailto:mpierce@slackdavis.com]
**Sent:** Thursday, July 23, 2015 2:05 PM
**To:** Allen, Kimberly G.; Neal, Kevin D.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland
**Subject:** RE: Desch

Re: Daubert
Your version of the pre-trial order says there are pending Daubert motions.
Are there?

---

**From:** Mark Pierce
**Sent:** Thursday, July 23, 2015 3:53 PM
**To:** 'Allen, Kimberly G.' <kim.allen@gknet.com>; Neal, Kevin D. <kevin.neal@gknet.com>
**Cc:** Paula Knippa <pknippa@slackdavis.com>; Tom Burnett (tom@burnettlawaz.com) <tom@burnettlawaz.com>; Weaver, Sharlee M. <sharlee.weaver@gknet.com>; Tonya Strickland <tstrickland@slackdavis.com>
**Subject:** RE: Desch

Here is a clean revised proposed pre-trial order.

---

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 3:17 PM
**To:** Mark Pierce <mpierce@slackdavis.com>; Neal, Kevin D. <kevin.neal@gknet.com>
**Cc:** Paula Knippa <pknippa@slackdavis.com>; Tom Burnett (tom@burnettlawaz.com) <tom@burnettlawaz.com>; Weaver, Sharlee M. <sharlee.weaver@gknet.com>; Tonya Strickland <tstrickland@slackdavis.com>
**Subject:** RE: Desch

I called the Court again and left a message.  2 works for me.

Thank you



Kimberly G. Allen
Attorney Profile
kim.allen@gknet.com
602-530-8173

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com



---

**From:** Mark Pierce [mailto:mpierce@slackdavis.com]
**Sent:** Thursday, July 23, 2015 1:04 PM
**To:** Allen, Kimberly G.; Neal, Kevin D.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.; Tonya Strickland
**Subject:** RE: Desch

I can talk around 2:00.
I should have a draft of the PTO to you by then.
I still haven't seen an order from the Court extending last Monday's deadline to Friday.

---

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Thursday, July 23, 2015 2:59 PM
**To:** Mark Pierce <mpierce@slackdavis.com>
**Cc:** Paula Knippa <pknippa@slackdavis.com>; Tom Burnett (tom@burnettlawaz.com) <tom@burnettlawaz.com>;
Weaver, Sharlee M. <sharlee.weaver@gknet.com>
**Subject:** RE: Desch

Mark,
Are you available to discuss our joint pre-trial statement at 1 or 2?  I will not be available tomorrow, and we do need to
have everything filed by tomorrow.

Please let me know.



Kimberly G. Allen
Attorney Profile
kim.allen@gknet.com
602-530-8173

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com



---

**From:** Allen, Kimberly G.
**Sent:** Wednesday, July 22, 2015 7:51 AM

3

**To:** Mark Pierce
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.
**Subject:** Re: Desch

How about 1 or 2 Phoenix time tomorrow? I'm not sure about the Order. I will send an email to the clerk today and copy you on it.

| | |
|---|---|
| 2575 E. Camelback Road, Suite 1100<br>Phoenix, Arizona 85016-9225<br>602-530-8000 \| www.gknet.com | **Kimberly G. Allen**<br>Attorney Profile<br>kim.allen@gknet.com<br>602-530-8173 |

On Jul 22, 2015, at 7:39 AM, Mark Pierce <mpierce@slackdavis.com> wrote:

> I'm on Eastern time today so 3 hours later than you. I'm in meetings from noon EDT and into the evening.
> Probably better to try Thursday afternoon if there's anything that needs to be discussed. I will work on revised PTO and send you a new draft before then.
> I have not seen an order from the Court extending last Monday's deadlines. What's up with that?
>
> **From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
> **Sent:** Tuesday, July 21, 2015 3:28 PM
> **To:** Mark Pierce
> **Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.
> **Subject:** RE: Desch
>
> Mark,
> In order to stay in line with our statement to the Court that we will submit all required materials by Friday, do you have time tomorrow to discuss the joint pre-trial statement?  I am available most of the day except for a meeting from 12 to 1.  Please let me know.  I am out of the office on Friday, but I also have time on Thursday to discuss if necessary.
>
> Thank you
> Kim

**Gallagher&Kennedy**

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Kimberly G. Allen
Attorney Profile
kim.allen@gknet.com
602-530-8173



4

**From:** Mark Pierce [mailto:mpierce@slackdavis.com]
**Sent:** Monday, July 20, 2015 12:59 PM
**To:** Allen, Kimberly G.
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.
**Subject:** RE: Desch

Thanks, Kim.

**From:** Allen, Kimberly G. [mailto:kim.allen@gknet.com]
**Sent:** Monday, July 20, 2015 2:45 PM
**To:** Mark Pierce
**Cc:** Paula Knippa; Tom Burnett (tom@burnettlawaz.com); Weaver, Sharlee M.
**Subject:** Desch

Mark,
The Court will be issuing an order extending the deadline until Friday to submit all the documents due today.

If you have any questions, please let me know.

Kim

Gallagher&Kennedy

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Kimberly G. Allen
Attorney Profile
kim.allen@gknet.com
602-530-8173



This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.