# EXHIBIT A

Thomas A. Burnett, Esq. (#026509)
BURNETT LAW OFFICE, PLC
1744 South Val Vista Drive, Suite 208
Mesa, AZ 85204
(480) 347-9116
tom.burnett@burnettlawaz.com

Mark D. Pierce (TX #15995500)
Paula K. Knippa (TX #24049103)
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Facsimile: (512) 795-8787
mpierce@slackdavis.com
pknippa@slackdavis.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DESCH, a married individual;<br><br>              Plaintiff,<br>v.<br>ALLEGIANT AIR, LLC, a Nevada Corporation<br><br>              Defendant. | No. CV-12-01738-PHX-MHB<br><br>PLAINTIFF'S ADVISORY TO THE COURT CONCERNING EXTENSION OF DEADLINES RELATED TO THE FINAL PRETRIAL CONFERENCE |

Counsel for Plaintiff John Desch file this Advisory because they have become concerned that a deadline extension applicable to both parties that they were advised by opposing counsel had been granted by the Court was not, in fact, granted and, therefore, they unintentionally failed to comply with the Court's Order to Extend Remaining Deadlines (Doc. 125).

## I. BACKGROUND

On June 1, 2015, the Court issued its Order Setting Final Pretrial Conference (Doc. 121). Pursuant to the joint stipulation of the parties (Doc. 122) and finding good cause, the Court extended the pretrial deadlines and reset the Final Pretrial Conference for August 10,

2015 in an Order to Extend Remaining Deadlines (Doc. 125). The Order Extending Remaining Deadlines (Doc. 125) moved the remaining deadlines to the deadlines set forth below:

- Final Pretrial Conference for July 10, 2015 to August 10, 2015.
- Joint Proposed Final Pretrial Order from June 19, 2015 to **July 20, 2015**.
- Exchange drafts of the Proposed Final Pretrial Order from June 5, 2015 to **July 6, 2015**.
- Meet in person to exchange marked copies of exhibits from June 5 to **July 6, 2015**.
- File and serve all motions in limine from June 19, 2015 to **July 20, 2015**.
- File and serve responses to motions in limine from June 26, 2015 to **July 27, 2015**.
- If tried by jury, file joint statement of case, proposed voir dire, proposed jury instructions and proposed forms of verdict from June 19, 2015 to **July 20, 2015**.

The parties met the new July 6, 2015 deadline. Between July 6, 2015 and July 20, 2015, counsel for Plaintiff and Defendant began exchanging multiple communications regarding their joint obligations to meet the July 20, 2015 deadline.

On July 20, 2015, counsel for Plaintiff and Defendant held a conference call to discuss outstanding issues to be resolved before compliance with the July 20, 2015 deadline could be achieved. Both of Defendant's counsel of record, Mr. Neal and Ms. Allen, participated in the call. During that call, counsel for Defendant advised counsel for Plaintiff that, given Plaintiff's last settlement demand, a settlement was almost certain near or at the amount of Plaintiff's demand, but that "calls" would have to be made to obtain final settlement authority.

At that time, Mr. Neal requested an agreement to postpone the July 20, 2015 deadlines to allow the parties to focus on settlement. Ms. Allen then asked permission to contact the Court *ex parte* to request an extension to give the parties an opportunity to settle the case.[1] Shortly thereafter, Ms. Allen sent an email to counsel for Plaintiff, stating: *"Mark, the Court will be issuing an order extending the deadline until Friday [July 24] to submit all the documents due today."*[2] In reliance upon that representation, Plaintiff's counsel discontinued preparation of the pretrial documents that were due on July 20, 2015.

The case, however, did not settle so the parties resumed their preparation of pretrial documents.[3] As time passed and counsel for Plaintiff saw no order extending the July 20, 2015 deadline issue from the Court, Plaintiff's counsel became increasingly concerned and made several inquiries to counsel for Defendant about the absence of an order. The responses did not reassure them.[4]

Finally, on July 27, 2015, counsel for Plaintiff called and left a message with the Magistrate Courtroom Clerk expressing their concern and inquiring when an order would be issued. When their call was returned, Plaintiff's counsel, to their dismay, were advised that the Court was unaware of any request for an extension nor had it issued an order granting such an extension.

---

[1] Plaintiff's counsel consented to the *ex parte* communication.
[2] *See* July 20, 2015 email from Kimberly Allen, attached as **Exhibit 1**.
[3] Both parties filed the required pretrial documents on July 24, 2015, which was supposed to be the new deadline approved by the Court.
[4] *See* Email exchange between Kimberly Allen and Mark Pierce, attached as **Exhibit 2**; *see also* Email exchange between Kimberly Allen and Paula Knippa, attached as **Exhibit 3**.

## II. CONCLUSION

Counsel for Plaintiff file this advisory to let the Court know the reason for their failure to comply with the July 20, 2015 deadline and that they will be filing a (belated) Motion to Extend the Time to File the pretrial documents that were due on July 20, 2015 (and actually filed on July 24, 2015) on behalf of both parties.

In addition, counsel for Plaintiff will be filing, on behalf of both parties, a Motion to Extend the Time to File both parties' responses to motions in limine, which would be due on July 27, 2015, pursuant to the Court's previous Order to Extend Remaining Deadlines (Doc. 125), to thereby give both parties an opportunity to respond to the motions in limine that were filed on July 24, 2015.

Counsel for Plaintiff are hopeful that both motions will be granted by the Court.

Respectfully submitted,

By: */s/ Paula K. Knippa*
    Mark D. Pierce
    Paula K. Knippa
    SLACK & DAVIS, LLP
    2705 Bee Cave Road, Suite 220
    Austin, Texas  78746
    Telephone:  (512) 795-8686
    mpierce@slackdavis.com
    pknippa@slackdavis.com

    Thomas A. Burnett, Esq.
    Burnett Law Office, PLC
    1744 South Val Vista Drive, Suite 208
    Mesa, AZ 85204
    (480) 347-9116
    tom.burnett@burnettlawaz.com

*Attorneys for Plaintiff John Desch*

## CERTIFICATE OF SERVICE

I certify that on the 27th day of July, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the CM/ECF registrants:

Kevin D. Neal
Kimberly G. Allen
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant Allegiant Air, LLC*

                    *s/ Paula K. Knippa*
                    Paula K. Knippa