Kevin D. Neal (Bar No. 011640)
Kimberly G. Allen (Bar No. 029783)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
kevin.neal@gknet.com
kim.allen@gknet.com
Attorneys for Defendant Allegiant Air, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dallas Lazzerini and David Lazzerini, | No. CV-12-1738-PHX-MHB |
| Plaintiffs, | **DEFENDANT'S REQUESTED PROPOSED VOIR DIRE QUESTIONS TO BE ASKED BY THE COURT** |
| v. | |
| Allegiant Air, LLC, | |
| Defendant. | |

Comes now Defendant, by and through undersigned counsel, hereby submits proposed voir dire for the Court. To the extent the Court wishes to conduct voir dire of the members of the panel of the perspective jurors, Defendant asks the Court to inquire into the following subjects below, all of which Defendant submits are relevant to the perspective jurors qualifications to sit as jurors in this case. Defendant asks that if the perspective jurors have any affirmative answers to the questions in the areas here suggested, that the Court further conduct follow-up questioning for the venire person giving an affirmative response, so as to explore the details of the reasons for the affirmative response. Defendant requests that he be allowed to conduct further examination for the perspective jurors both to follow-up on any issues raised by the responses to questions by the Court and on other issues relevant and germane to the perspective juror's qualifications.

4934118v1/24464-0002

1. This trial is expected to last for 2 weeks. Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

2. Do you have any medical, personal or financial problem that would prevent you from serving on this jury?

3. Do any of you have a special need or require a reasonable accommodation to help you in listening, paying attention, reading printed materials, deliberating, or otherwise participating as a fair juror? The court will provide reasonable accommodations to your special needs but I will only be aware of any such needs if you let me know about them. My only purpose in asking you these circumstances relates to your ability to serve as a juror. If you have any such request, please raise your hand and I will speak to you at sidebar.

4. Do you know anyone else in the jury panel other than as a result of reporting here today?

5. At the beginning of the case I will give you some instructions as to the law and at the end of the case, before you leave to deliberate, I will give you additional instructions as to the law. You may feel the law as I read it to you may be to strict or to lenient or you may feel that the law may be otherwise than what I read. Regardless of any personal opinion you may have as to what the law is or should be, you must follow the instructions I give you as to what the law actually is.

6. Do any of you feel that you could not follow my instructions if any instruction conflicted with a personal belief that you might have as to the law?

7. Have you served on a jury before?

8. For those who have previously been a juror:

Was it criminal or civil?

What was the case about?

How long ago was it?

1         Which jurisdiction?

2         Were you the foreperson?

9. Was there anything about your experience in that case which would make it difficult for you to sit as a fair and impartial juror in this case?

10. Did any of the cases you heard on previous jury duty make you cynical about lawsuits or trials?

11. Was there anything about your prior jury experience that would lead you to feel that you may have some bias in favor of the plaintiff or defense?

12. Was there anything about your prior jury experience which would cause you to prefer not to sit on a panel again?

13. This case involves a claim against the airline for an injury claimed by a passenger after going down an emergency slide. Do you have any opinions or strong feelings one way or another about such cases?

14. I have just briefly described the case. Do you know anything about this case from any source other than what I've just told you?

15. Have you or any family member or close personal friend ever made a claim or a lawsuit of any kind? Against an airline? A complaint about airline service? Or lost baggage?

16. Has anyone ever filed a claim or a lawsuit against you or a member of your family or a close friend?

17. Do you have a strong feeling for or against an airline simply because it has been sued for allegedly causing an injury to a passenger?

18. The defendant airline is a company. Under the law, a company is entitled to be treated the same as anyone else and is entitled to be treated the same as a private individual. Would any of you have any difficulty in accepting that principle?

19. The law requires that a plaintiff has to prove fault of a defendant before he or she is entitled to recover money damages from that defendant. Do you have any difficulty accepting that concept?

20. Would your verdict in this case be influenced in any way by any factors other than the evidence in the courtroom such as friendships or family relationships or the type of work you do?

21. Have you, any family member, or close personal friend ever worked for Attorneys?

22. Have you, any family member, or close personal friend ever worked for Law Enforcement:

23. Have you, any family member, or close personal friend ever worked for an Airline?

24. Have you, any family member, or close personal friend ever worked for or an Aviation related business?

25. Have you, or any members of your family, been employed in processing, investigating or handling any type of medical or personal injury claims?

26. Do you now, or have you in the past owned your own business?

27. Are any of you familiar with Allegiant Airlines?

28. Have you flown on an Allegiant Airlines plane?

29. Have you or your spouse or a close friend ever had any training in aircraft maintenance?

30. Have you or your spouse or a close friend ever had any training in engine mechanics?

31. Has any member of the jury, his or her family, ever performed mechanical work on an airplane or worked as a flight attendant?

32. Have you ever been on a plane that had an in-flight emergency?

4934118v1/24464-0002

4

|   |   |   |
|---|---|---|
| 1 | 33. | Have you, family member or close friend ever taken any kind of flight instruction? |
| 2 |  |  |
| 3 | 34. | Do you personally have any hesitation about flying? |
| 4 | 35. | Please describe whether you, family member or close friend have ever been hurt in in an accident and needed medical care? |

33. Have you, family member or close friend ever taken any kind of flight instruction?

34. Do you personally have any hesitation about flying?

35. Please describe whether you, family member or close friend have ever been hurt in in an accident and needed medical care?

36. Would anything that you have read about airlines or emergency landings influence your decision in this case in any way?

37. The court is aware that there has been a great deal of public discussion about something called Tort Reform (laws that restrict the right to sue or limit the amount recovered). Do you have an opinion, one way or the other, on this subject?

38. This is a civil case. In this civil case the Plaintiffs are suing the defendant for injuries and seeking money damages. In this type of case, the Plaintiff must prove his case by a preponderance of the evidence.

39. Have you or any member of your family ever attended law school?

40. Have you ever testified in any court proceeding?

41. Have you or any member of your family ever been involved in an accident that resulted in serious injury or death?

42. Have you, any member of your family, or any close friend, ever been a pilot?

43. Any experience with an airline or flying other than as a passenger?

44. Has anyone been employed by the NTSB or FAA?

45. Does anyone on the panel have a close relative or a close friend who is a pilot?

46. Is there anyone on the panel who has not flown ever?

1    47.    Do any of you have any prior knowledge of this Allegiant Air emergency landing in Flagstaff from watching the news or reading about it in the paper or from any source?

     48.    Family or close friend ever hurt or killed in any kind of accident?

     49.    Any past experiences or opinions about the airline industry that you think we should know about before we consider your participation as a juror in this case?

     50.    Anyone believe that by just agreeing to fly as a passenger you assume any risk of what may happen?

     51.    Any Political, Philosophical, Religious or moral beliefs that would make it difficult for you to serve as a juror in this case? That is, a case for an injury allegedly caused by going down an emergency slide?

     52.    Any of you have opinions about frivolous lawsuits? Or believe there are too many lawsuits?

     53.    Is there anything else that you feel is important for the parties in this case to know about you?

     54.    Based on what I have told you, is there anything about this case or the nature of the claim itself, which would interfere with your ability to be fair and impartial and to apply the law as instructed by the court?

     55.    Is there anything, whether or not covered in the previous questions, which would affect your ability to be a fair and impartial juror or in any way be a problem for you in serving on this jury?

DATED this 31st day of July, 2015.

GALLAGHER & KENNEDY, P.A.


By: */s/ Kimberly G. Allen*
    Kevin D. Neal
    Kimberly G. Allen
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for Defendant Allegiant Air, LLC

4934118v1/24464-0002