Thomas A. Burnett, Esq. (#026509)
BURNETT LAW OFFICE, PLC
1744 South Val Vista Drive, Suite 208
Mesa, AZ 85204
(480) 347-9116
tom.burnett@burnettlawaz.com

Mark D. Pierce (TX #15995500)
Paula K. Knippa (TX #24049103)
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Facsimile: (512) 795-8787
mpierce@slackdavis.com
pknippa@slackdavis.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN DESCH, a married individual;<br><br>                              Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada Corporation,<br><br>                              Defendant. | NO. CV-12-01738-PHX-MHB<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE re: TESTIMONY OF NATHANIEL ODLE |

Plaintiff John Desch ("Desch") asks the Court to deny the Motion in Limine re: Testimony of Nathaniel Odle of Defendant Allegiant Air, LLC ("Allegiant") because the testimony proffered by Mr. Odle is both relevant and probative.

## I.  ARGUMENT

Nathaniel Odle was passenger on Allegiant Air Flight #645.[1]  He prepared an affidavit in which he documented his experience on Flight #645 as it performed an

---

[1]  *See* Exhibit C to Defendant's Motion in Limine at ¶2.

emergency landing.[2] Mr. Odle, who was seated in an emergency exit row, was told that he would need to assist passengers exiting the plane.[3]

Mr. Odle testified that, as the plane made its landing, one of the flight attendants shouted "evacuate!" into the intercom and everyone immediately started scrambling to exit.[4] He tried to release the emergency door lock, but could not because the seats were positioned in a way that prevented the door from opening.[5] Together with the failure of the other slides to deploy and the fact that an emergency slide fell backwards into the cabin instead of deploying outward, the fact that the emergency door could not be opened caused a panic.[6] After struggling with the door for a period of time, Mr. Odle was finally able to remove the door and exit on to the wing.[7]

As Mr. Odle noted, people all around him were frantic and in a panic trying to exit the plane.[8] The fact that the emergency exit door was partially blocked by the seats, making it impossible to open caused increased panic in the evacuation process.[9] Desch has alleged that, as a result of the failure of the slides to properly deploy and the blocked exit door, there was increased panic, rerouting and crowding during which his injury occurred.[10]

Mr. Odle's testimony is relevant because it creates a fact issue as to whether Flight #645 was airworthy, given testimony that neither the emergency exit door nor the

---

[2]   *See generally id.*
[3]   *Id.* at ¶3.
[4]   *Id.* at ¶5.
[5]   *Id.* at ¶6.
[6]   *Id.*
[7]   *Id.*
[8]   *Id.* at ¶7.
[9]   *Id.*
[10]  *See* Doc. 114 at p. 11; Doc. 119 at p. 8.

emergency slides functioned properly, which, in turn, caused increased panic and contributed to Desch's injury. Because it is relevant, Mr. Odle's testimony should not be excluded.

## II. CONCLUSION

For the foregoing reasons, the Court should deny Allegiant's Motion in Limine re: the testimony of Nathaniel Odle and permit him to testify at the trial of this case.

Respectfully submitted,

By: */s/ Paula K. Knippa*
    Mark D. Pierce
    Paula K. Knippa
    SLACK & DAVIS, LLP
    2705 Bee Cave Road, Suite 220
    Austin, Texas 78746
    Telephone: (512) 795-8686
    mpierce@slackdavis.com
    pknippa@slackdavis.com

    Thomas A. Burnett, Esq.
    Burnett Law Office, PLC
    1744 South Val Vista Drive, Suite 208
    Mesa, AZ 85204
    (480) 347-9116
    tom.burnett@burnettlawaz.com

***Attorneys for Plaintiff John Desch***

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that on the 31st day of July, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the CM/ECF registrants:

Kevin D. Neal
Kimberly G. Allen
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant Allegiant Air, LLC*

                               *s/ Paula K. Knippa*
                                Paula K. Knippa