# EXHIBIT A

Page 54

1  Q.  Did you have joint pain anywhere in your body
2  before this flight, other than what we've already talked
3  about?  Joint pain.  Elbows, knees, hips, that sort of
4  thing?
5  A.  No.
6  Q.  Do you remember having diagnostic tests done of
7  your low back?
8  A.  Yes.
9  Q.  Like, an MRI?
10 A.  Yes.
11 Q.  Are you claiming any symptoms related to your low
12 back were exacerbated or made worse from this going down
13 the evacuation slide?
14 A.  No.
15 Q.  The symptoms you associate with the slide are
16 related to your neck, left shoulder, and left arm; is that
17 correct?
18 A.  Yes.
19 Q.  Nowhere else?
20 A.  Nowhere else.
21 Q.  I understand you had a laminectomy several years
22 ago.
23 A.  Yes.
24 Q.  Why was that done?
25 A.  Because I had a herniated disk in my lower back.

Page 55

1  Q.  Other than the incident where you fell through
2  the attic and broke the ribs, have you had any other
3  accident of any kind where you required some sort of
4  medical treatment afterward?
5  A.  Not that I recall, no.
6  Q.  No car accidents, anything like that?
7  A.  No.
8  Q.  No falling off a ladder?
9  A.  Oh, I did.  I fell off a ladder and hurt my
10 hands.
11 Q.  When was that?
12 A.  I want to guess eight, nine years ago.
13 Q.  Was that at home?
14 A.  It was, yes.
15 Q.  You mentioned you had surgery not long before
16 this flight; correct?
17 A.  Yes.
18 Q.  And the surgery was for what?  How would you
19 describe it?
20 A.  A cervical fusion with disk -- diskectomy.
21 Q.  Prior to that, had you treated with other
22 healthcare providers for those symptoms of neck, shoulder,
23 and arm pain?
24 A.  Yes.
25 Q.  Including a chiropractor?

Page 56

1  A.  Yes.
2  Q.  And physical therapy?
3  A.  Yes.
4  Q.  And your doctor, did he tell you after the
5  surgery there would be a period of recovery?
6  A.  Yes.
7  Q.  And that you would need physical therapy?
8  A.  He originally told me that my physical therapy
9  was "life."  So he told me to take off my neck brace and
10 go live my life, and that was my -- that was my physical
11 therapy.
12 Q.  He told you this before the surgery?
13 A.  He told me that -- I'm sorry.  He told me that
14 after the -- after the surgery.
15 Q.  But before the flight?
16 A.  And before the flight.
17 Q.  Did he change his recommendations for you after
18 the flight?
19 A.  I believe he had me go to physical therapy.
20 Q.  Where he hadn't planned on it before?
21 A.  Correct.
22 Q.  Which doctor was this that we're talking about?
23 A.  I believe it was Dr. Gause because I was still
24 seeing him at the time.  And I apologize.  My memory from
25 the last three years with all the medications and all the

Page 57

1  treatments and everything I've been through, I'm not
2  exactly sure on dates and names, but I'll do my best to --
3  Q.  Well, let's talk about that for a moment.  What
4  medications are you taking now?
5  A.  Right now, Lyrica, and I'm on a trial of
6  Cymbalta.
7  Q.  What for?
8  A.  Pain.  Musculoskeletal pain.
9  Q.  What area of your body?
10 A.  My shoulder.
11 Q.  Nothing to do with your back?
12 A.  No.
13 Q.  Back doesn't bother you anymore?
14 A.  Not very much.  I've learned to live with it.
15 Now -- and I also have two morphine pumps installed in my
16 body right now.
17 Q.  You've had those before?
18 A.  Before?
19 Q.  Pain pumps before your surgery on your neck.
20 A.  No.  This was my last surgery.  It was the pain
21 pumps that was the cure-all.
22 Q.  I see.  And have the pain pumps helped?
23 A.  No.
24 Q.  Did you hit the maximum dosage your doctor would
25 allow?

15 (Pages 54 to 57)

Page 58

1  A.  I don't think I did, but I had to be very close
2  because I just wanted to sleep all day.  I could have
3  slept 22 hours a day, no problem.
4  Q.  The physical therapy you got after the neck
5  surgery, did that help?
6  A.  I would say no because they -- I do remember that
7  the physical therapist suggested to end the -- the therapy
8  and sent me back to the doctor.
9  Q.  And Dr. Gause told you that the surgery he was
10 going to perform was going to help you with neck pain and
11 the pain that you had that went into your left shoulder
12 and left arm; correct?
13 A.  Correct.
14 Q.  It wasn't to take care of any other symptoms?
15 A.  Correct.
16 Q.  And when did you first feel that you were pain
17 free after this surgery?  Was it a day later, a week
18 later?
19 A.  Oh, no.  It -- it wasn't until we were up in
20 Montana because I really wasn't sure that I even wanted to
21 go because of the pain that I had.  But when I was up
22 there...
23 Q.  Sometime between July 20th and July 25th?
24 A.  Right.  I would guess the 23rd.
25 Q.  That's when you felt that you were pain free?

Page 59

1  A.  That's correct.
2  Q.  Were you working full time prior to the neck
3  surgery?
4  A.  Yes.
5  Q.  When did you start back working full time again?
6  A.  Approximately two weeks later.
7  Q.  And after this incident with the flight, were you
8  able to keep working full time?
9  A.  For the most part, I took -- at the time, I owned
10 my own company, so I was able to afford myself some time
11 off.  So I took -- I took as much down time as I could in
12 between clients.
13 Q.  Did you document that?
14 A.  No.
15 Q.  Are you working full time now?
16 A.  I am.
17 Q.  Does your wife also work for the company?
18 A.  No.
19 Q.  Is it just you?
20 A.  Just me.  She's on the paperwork, but it's just
21 me.
22 Q.  And that's why I ask.  Do you have any employees?
23 A.  Only contract employees right now.
24 Q.  And how long have you had contract employees for?
25 A.  One, I've -- I've used for eight-plus years.

Page 60

1  Another one, about five years.  And my current one, who is
2  doing most all of the field work for me right now, since
3  January 2013.
4  Q.  So you use three contract employees?
5  A.  Yes.
6  Q.  And they're 1099s?
7  A.  Yes.
8  Q.  And the --
9  A.  The two long-term ones are more sporadic.  But
10 the recent one is -- he's basically almost full time.
11 He's going to be converted to a full-time.
12 Q.  When was the last time you had an FTE?
13 A.  What's an "FTE"?
14 Q.  Full-time employee.
15 A.  Never.
16 Q.  And what's his name?
17 A.  Joey Yeager.
18 Q.  And he does field work for you?
19 A.  Yes.
20 Q.  And we'll talk more about your business later.
21 A.  Okay.
22 Q.  I just wanted to clarify that.  When was the last
23 time you saw Dr. Gause?
24 A.  I don't believe I've seen him since probably
25 2011.

Page 61

1  Q.  Are you seeing anybody on an ongoing basis?  Any
2  kind of healthcare provider for your neck, left shoulder,
3  or left arm?
4  A.  My primary care doctor, Dr. Bode, and
5  Dr. Castillo.
6  Q.  And what are you seeing Dr. Castillo for?
7  A.  He recommended and maintains the pumps.
8  Q.  Under another doctor's supervision or just on his
9  own?
10 A.  On his own.
11 Q.  Are you seeing anyone, other than Dr. Bode, for
12 any other ongoing medical issues, whether we've talked
13 about them or not?
14 A.  No, not at this time.
15 Q.  No doctor has recommended to you that you need
16 another surgery on your neck or anything like that?
17 A.  Dr. -- the last contact I had with Dr. Gause, he
18 suggested fusing another level together in my neck because
19 he didn't know where the pain -- didn't know the source of
20 the pain.  That was the last contact I had with him
21 because I did not want to go through that surgery again.
22 Q.  Did you look for another opinion?
23 A.  I did.
24 Q.  With who?
25 A.  There's -- there's been a lot.  There's

16 (Pages 58 to 61)