# EXHIBIT C

Case 2:12-cv-01738-MHB   Document 148-3   Filed 07/31/15   Page 2 of 4
Todd M. Doerr, M.D.            Lazzerini v. Allegiant Air            8/28/2014

Page 75

1  that we see on the MRI which is a new finding.
2      Q.    Based on your expertise, your education,
3  training, experience and now your involvement in the
4  billing and the cost side of these things, can you give
5  us an estimate based on reasonable probability as to the
6  spine surgery that you're describing that is needed as a
7  result of this injury, what the cost of that would be in
8  the future?
9      A.    Right.  I mean probably a 1-2 level cervical
10 fusion, hospital stay, instrumentation, everything
11 included you're probably looking anywhere from 100 to
12 $150,000 for that procedure.
13     Q.    And what about the arthroscope on the shoulder?
14     A.    Arthroscopy with labral repair,
15 instrumentation, physical therapy afterwards, I mean you
16 might be looking at somewhere between 10, 5 to 10, maybe
17 5 to $15,000 for treatment there.
18     Q.    And the cost of continuing with intrathecal
19 pain pumps, can you annualize it or put it in some sort
20 of time frame?
21     A.    They have to be refilled, they have to be
22 maintenanced, they need medications put in on an annual
23 maintenance basis, there's usually procedures to refill
24 those things, I mean you're probably looking at a couple
25 of thousand dollars a year for the maintenance of that,



Page 76

1  maybe possibly even more to have those surgically
2  removed because apparently they're not providing him
3  significant benefit.  I know he talked to his pain
4  doctor about trying different medications in the pump
5  but if the different medications in the pump don't work,
6  potentially the necessity to have them surgically
7  removed.
8           MS. ALLEN:  Can I make a clarification
9  because we're talking about pumps.  He only has one pump
10 related to his neck; is that correct?
11     A.   Correct.
12          MS. ALLEN:  Okay.  So just for
13 clarification, removal would be only for one pump
14 because the low back pump is not included in any of
15 this.
16     A.   Correct.
17          MR. PIERCE:  That's true.  Good, thanks.
18     Q.   BY MR. PIERCE:  Okay.  And the cost of removing
19 the intrathecal pain pump?
20     A.   From the neck?
21     Q.   Yes.
22     A.   Maybe 10,000, 5, 10,000 surgical procedure,
23 hospital stay, removal.
24     Q.   As far as just the routine kind of follow-up
25 care, the regular visits to a doctor to get treated, to



```
                                                      Page 77
 1   get seen to try to get better, what do you project for
 2   that?
 3       A.    Part of that maintenance care is recommended,
 4   it's just not unusual, maybe a couple of visits with a
 5   spine specialist a year, a couple of visits with a
 6   neurologist.  He's going to need to see his
 7   interventional pain doctor to manage his pump.  I mean
 8   he may need physical therapy for exacerbations, maybe
 9   chiropractic to provide temporary relief, you know.
10   That maintenance care carries a cost of on estimate
11   maybe $5,000 a year for visits, 5 to 10 depending on how
12   extensively he uses those conservative measures.
13       Q.    What about steroid injections or any kind of --
14       A.    For flare-ups, exacerbations, I mean that would
15   be up to him with his interventional pain treating
16   physician.  Epidural injections can be several thousand,
17   you know, 1 to $2,000 per injection depending on needing
18   two to three a year potentially.
19       Q.    What about pain medication?
20       A.    Ongoing pain medications, I mean I think -- I
21   don't recall off the top of my head exactly all the
22   medications that he is on but he does take some oral
23   pain medications as well.
24       Q.    Would you expect that to be a life-long thing
25   for him?
```

