# Exhibit 6

```
Kevin D. Neal, Bar #011640
Kimberly G. Allen, Bar #029783
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
kevin.neal@gknet.com
kimberly.allen@gknet.com
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
```

Attorneys for Defendant Allegiant Air

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DALLAS LAZZERINI and DAVID LAZZERINI, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a foreign corporation; JOHN DOES I-V; JANE DOES I-V; WHITE CORPORATIONS I-V; and BLACK PARTNERSHIPS I-V,<br><br>Defendants. | NO. CV12-1738 PHX DGC<br><br>**DEFENDANT ALLEGIANT AIR, LLC's NINTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant, Allegiant Air, LLC ("Allegiant"), through counsel and pursuant to Rule 26(a)(1), *Fed.R.Civ.P.*, hereby submits its **Ninth** Supplemental Rule 26(a)(1) Disclosure Statement. **(This disclosure statement is cumulative and all new information is listed in bold)**

I. <u>NAMES, ADDRESSES, AND TELEPHONE NUMBERS OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>

    1.    Employees of Allegiant Air Flight #645
(Ana Vindas, Dan Tylicki, Jeffrey Tucker, John Taylor, and Arlene Parker)
c/o Kevin Neal
Gallagher & Kennedy, PA
2575 E. Camelback Road
Phoenix, AZ 85016
(602) 530-8170

1  Employees of Allegiant Air Flight #645 will testify to the facts surrounding
2  the incident and the policy and procedures associated with an emergency evacuation. The
3  employees expected to testify include Ana Vindas, Jeffrey Tucker, John Taylor, Kristin
4  Bustamante, Dan Tylicki and Arlene Parker.

    2. Passengers on Allegiant Air Flight #645

Passengers may be called on to testify regarding the facts surrounding the emergency landing and evacuation as well as their observations of the incident and interactions with the Plaintiffs. This Disclosure Statement will be supplemented with names of passengers and/or specific addresses and telephone numbers as necessary, subject to protection of those passengers' privacy rights.

    3. John Desch
      c/o Thomas A. Burnett
      Burnett Law Office, PLC
      1744 South Val Vista Drive, Suite 208
      Mesa, AZ  85204

Mr. Desch is expected to testify regarding the facts surrounding the incident, injuries he sustained, medical treatment received as a result of those injuries, any prior medical conditions or treatment, and damages he claims as a result of the accident.

    4. Deer Valley Family Practice
      a/k/a John C. Lincoln Phys. Network
      Carol Wheat, DO
      19636 N. 27th Ave., Suite 308
      Phoenix, AZ  85027

Dr. Wheat will testify as to her treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. She may also testify regarding Plaintiff's complaints and prior medical history and will testify to her observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

    5. Larry Griffith, MD Office
      Greg Bode, DO
      7200 W. Bell Rd., Ste. G-103
      Glendale, AZ  85308

Dr. Bode will testify as to his treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and

prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

      6.      Phoenix Sleep LLC
             American Sleep Diagnostics
             Steven Marks, DO
             926 E. McDowell Rd.
             Phoenix, AZ 85006
             480-282-6540

Dr. Marks will testify as to his treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

      7.      Barrow Neurological Institute
             Barrow Neurosurgical Associates
             Burns & Tumialan, MD
             500 W. Thomas Rd., Suite 720
             Phoenix, AZ 85013

Doctors from Barrow Neurological Institute will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. They may also testify regarding Plaintiff's complaints and prior medical history and will testify to their observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

      8.      AZ Arthritis & Rheumatology Assoc.
             Eric Peters, MD
             5601 W. Eugie, Ste. 204
             Glendale, AZ 85304

Dr. Peters will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

      9.      Spine Institute of AZ
             Gause, Dohring, Merkel, MD
             9735 N. 90th Place
             Scottsdale, AZ 85258

4248554v1/24464-0002

    Doctors from the Spine Institute of Arizona will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. They may also testify regarding Plaintiff's complaints and prior medical history and will testify to their observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

  10. Mayo Clinic (all clinics)
    Bert Vargas, MD
    5777 E. Mayo Blvd. SE
    Phoenix, AZ 85054

    Dr. Vargas will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

  11. Canyon Orthopaedic Surgeons
    James Davidson, MD
    6760 W. Thunderbird Rd., Suite E110
    Peoria, AZ 85381

    Dr. Davidson will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

  12. AZ Neurology Institute
    10474 W. Thunderbird Blvd., Suite 200
    Sun City, AZ 85351

    Doctors from Arizona Neurology Institute will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. They may also testify regarding Plaintiff's complaints and prior medical history and will testify to their observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

  13. Arrowhead Family Health Center
    Edwin Fisher, DC
    16222 N. 59th Ave.
    Glendale, AZ 85306

4248554v1/24464-0002

Edwin Fisher and/or other physicians within Arrowhead Family Health Center will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

14. Affiliated Southwest Surgeons
Elliot Maness DO
19841 N. 27th Ave., Ste. 101
Phoenix, AZ 85027

Dr. Maness will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

15. Select Physical Therapy
4344 W. Bell Road, Ste. 100
Glendale, AZ 85308

Doctors and/or employees from Select Physical Therapy will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. They may also testify regarding Plaintiff's complaints and prior medical history and will testify to their observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

16. Arizona Center for Neurosurgery
Daniel Lieberman, MD
3300 N Central Ave., Suite 2550
Phoenix, AZ 85012

Dr. Lieberman will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

17. The Core Institute
Tony Nguyen, MD
2730 W. Agua Fria Fwy
Phoenix, AZ 85027

4248554v1/24464-0002

Dr. Nguyen will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

18. Paul Pannozzo, MD
Pain Centers Nationwide
8877 W. Union Hills Dr.
Peoria, AZ 85382

Dr. Pannozzo will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

19. SW Spine & Sports
Anthony Lee, MD
9913 N. 95th St.
Scottsdale, AZ 85258

Dr. Lee will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

20. Dr. Maddox
MVP Orthopedics & Sports Med.
4344 W. Bell Rd.
Glendale, AZ 85308

Dr. Maddox will testify as to any treatment rendered to Plaintiff Desch prior to the accident of July 25, 2010. He may also testify regarding Plaintiff's complaints and prior medical history and will testify to his observations, assessment and interaction with Plaintiff as well as Plaintiff's current and projected treatment plan.

21. SimonMed Imaging
David Lefkowitz, MD
5410 W. Thunderbird Rd., Suite 100
Glendale, AZ 85306

4248554v1/24464-0002

Dr. Lefkowitz and/or other doctors or representatives of SimonMed Imaging may testify regarding any imaging studies done at any of their facilities both before and after the subject incident and any related imaging reports thereto related to John Desch.

## II. **EXPERTS**

1. **Dr. Barry Hendin**
   Phoenix Neurological Associates, Ltd.
   5090 N. 40th Street, Suite 250
   Phoenix, AZ 85018

Dr. Hendin, a board certified neurologist, chief of Neurology Service at Banner Good Samaritan and board certified by the American Board of Psychiatry and Neurology, will conduct an independent medical examination of Plaintiff Desch to determine whether the injuries alleged and subsequent treatment may be attributed to the emergency evacuation on July 25, 2010. Dr. Hendin will testify as to whether the treatment Plaintiff Desch underwent for his stated injuries was reasonable and necessary in light of the facts and circumstances. Dr. Hendin may also testify as to Plaintiff Desch's medical history, his observations, assessment and interaction with Plaintiff Desch as well as Plaintiff's current and projected treatment plan.

2. **Kurt Carpenter**
   **Allegiant Airlines**
   **8360 S. Durango Drive**
   **Las Vegas, NV 89113**

**Mr. Carpenter will provide a rebuttal opinion to Plaintiff's expert, Leonard Swope's opinion. Mr. Carpenter will testify that the engine did not fail. The engine was shut down as a precautionary measure after the flight crew was notified that a fire and/or overheating had occurred in the CSD/Engine Driven Generator. Mr. Carpenter will also testify that the plane made the emergency landing without incident or injury, and the slide Mr. Desch exited the plane upon deployed properly and was functioning appropriately.**

4248554v1/24464-0002

### III. A COPY OF OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS THAT ARE RELEVANT TO DISPUTED FACTS

2. Any reports concerning Allegiant Airline's policies and procedures regarding emergency landings and evacuations. **Previously produced in response to Plaintiff's Requests for Production.**

3. All medical reports related to and/or existing with Plaintiffs and/or Plaintiff's' treatment providers.

4. All deposition transcripts from testimony provided in this matter unless otherwise objected to.

5. Any reports prepared by an expert in this case. Will supplement.

6. Curricula vitae of all expert witnesses.

7. All discovery by the parties and responses to the same.

8. Documents used for impeachment.

9. Demonstrative exhibits for use at trial.

9. Allegiant Air Flight Attendant Manual Chapter 5 Emergency Evacuation Procedures, bates stamped ALLEGIANT0001 through ALLEGIANT0062 (previously produced to Plaintiffs Lazzerini).

10. Flight log records are produced herewith and bates stamped ALLEGIANT0063 through ALLEGIANT0069 (previously produced to Plaintiffs Lazzerini).

11. Narrative reports prepared by the pilot, first officer, and check airman, produced herewith and bates stamped ALLEGIANT0070 through ALLEGIANT0084 (previously produced to Plaintiffs Lazzerini).

12. Correspondence from Captain Steve Ostrander outlining Defendant's policies for retention of cockpit voice recordings, disclosed herewith as ALLEGIANT00085-00086 (previously produced to Plaintiffs Lazzerini).

13. Color photographs of the subject Allegiant plane parked on the tarmac on the date of the emergency landing attached hereto as ALLEGIANT00087-

1  00094.
2      14.  Economy class seating schematic of the Allegiant plane involved in
3  the subject emergency landing attached hereto as ALLEGIANT00095.
4      15.  Color illustrations demonstrating exiting a plane via the emergency
5  slide attached hereto as ALLEGIANT00096-00097.
6      16.  Medical records of John Desch from Surgical Specialty Hospital
7  bates no. ALLEGIANT00098-00115 (copies produced only to Plaintiff Desch).
8      17.  Medical records of John Desch from Arizona Neurology Institute
9  bates no. ALLEGIANT00116-00126 (copies produced only to Plaintiff Desch).
10     18.  Medical records of John Desch from Larry Griffith, MD Office bates
11 no. ALLEGIANT00127-00243 (copies produced only to Plaintiff Desch).
12     19.  Medical records of John Desch from Arizona Medical Imaging
13 (included in Larry Griffith MD records) (copies produced only to Plaintiff Desch).
14     20.  Medical records of John Desch from Sun Radiology bates no.
15 ALLEGIANT00244-00253 (copies produced only to Plaintiff Desch).
16     21.  Medical records of John Desch from Arizona Center for
17 Neurosurgery bates no. ALLEGIANT00254-00301(copies produced only to Plaintiff
18 Desch).
19     22.  Medical records of John Desch from Arizona Arthritis &
20 Rheumatology Associates bates no. ALLEGIANT00302-00318 (copies produced only to
21 Plaintiff Desch).
22     23.  Medical records of John Desch from SimonMed Imaging bates no.
23 ALLEGIANT00319-00339 (copies produced only to Plaintiff Desch).
24     24.  Medical records of John Desch from Canyon Orthopedic Surgeons
25 bates no. ALLEGIANT00340-00350 (copies produced only to Plaintiff Desch).
26     25.  Medical records of John Desch from Barrow Neurological Institute
27 (a/k/a Barrow Neurosurgical Associates) bates no. ALLEGIANT00351-00365 (copies
28 produced only to Plaintiff Desch).

26. Medical records of John Desch from Affiliated Southwest Surgeons bates no. ALLEGIANT00366-00371 (copies produced only to Plaintiff Desch).

27. Medical records of John Desch from Pain Centers Nationwide bates no. ALLEGIANT00372-00433 (copies produced only to Plaintiff Desch).

28. Medical records of John Desch from Arrowhead Family Health Center bates no. ALLEGIANT00434-00523 (copies produced only to Plaintiff Desch).

29. Medical records of John Desch from Deer Valley Family Practice bates no. ALLEGIANT00524-00753 (copies produced only to Plaintiff Desch).

30. Medical records of John Desch from Mayo Clinic bates no. ALLEGIANT00754-00817 (copies produced only to Plaintiff Desch).

31. Medical records of John Desch from Arrowhead Hospital bates no. ALLEGIANT00818-00964 (copies produced only to Plaintiff Desch).

32. Medical records of John Desch from Select Physical Therapy bates no. ALLEGIANT00965-01050 (copies produced only to Plaintiff Desch).

33. Medical records of John Desch from Barrow Neurosurgical Associates (see Barrow Neurological Institute records) (copies produced only to Plaintiff Desch).

34. Medical records of John Desch from Southwest Spine & Sports (see Larry Griffith records) (copies produced only to Plaintiff Desch).

35. Medical records of John Desch from MVP Orthopedics (see Deer Valley Family records) (copies produced only to Plaintiff Desch).

36. Medical records of John Desch from Spine Institute of Arizona (will supplement).

37. Medical records of John Desch from Phoenix Diagnostic Imaging (will supplement)

38. Medical records of John Desch from The CORE Institute (will supplement).

4248554v1/24464-0002

|   |   |
|---|---|
| 1 | 39.   MD-80 Aircraft Operations Manual, bates no. ALLEGIANT001051-001631, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things. |

39.   MD-80 Aircraft Operations Manual, bates no. ALLEGIANT001051-001631, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

40.   General Emergencies Land PowerPoint, bates no. ALLEGIANT001632-001691, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

41.   General Emergencies Land MD80 and B757 PowerPoint, bates no. ALLEGIANT001692-001749, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

42.   MD-80 Safety Card, bates no. ALLEGIANT001750-001751, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

43.   Portions of Crewmember and Dispatcher Training Manual, bates no. ALLEGIANT00152-001765, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

44.   Emergency Evacuation Pilot Initial PowerPoint, bates no. ALLEGIANT001766-001783, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

45.   Emergency Evacuation Pilot Recurrent PowerPoint, bates no. ALLEGIANT001784-001821, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

46.   Portions of Flight Attendant Manual, bates no. ALLEGIANT001822-001899, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

47.   Passenger Manifest for Flight 645-1, bates no. ALLEGIANT001900-001904, produced with Defendant's Response to Plaintiff's Second Request for Production of Documents and Things.

4248554v1/24464-0002

48. Billing and medical records of John Desch from Center for Spinal Disorders, bates no. Center for Spinal Disorders 00001-00029.

49. Billing records of John Desch from Red Mountain Anesthesia, bates no. Red Mountain Anesthesia 00001-00002.

50. Billing records of John Desch from Arizona Pain Specialists, PLLC, bates no. Arizona Pain Specialists, PLLC 00001-00003.

51. Billing records of John Desch from Arizona Bone and Joint Specialists, Ltd., bates no. Arizona Bone and Joint Specialists Ltd. 00001-00002.

52. Billing records of John Desch from John C. Lincoln Hospital Deer Valley, bates no. John C. Lincoln Hospital Deer Valley Billing 00001-00002.

53. Medical records of John Desch from American National Durable Medical Equipment, bates no. American National Durable Medical Equipment 00001-00004.

54. Medical records of John Desch from EmpiCare, Inc., bates no. EmpiCare00001-00021.

55. Medical records of John Desch from Banner Thunderbird Medical Center, bates no. Banner Thunderbird Medical Center Billing00001-00219.

56. Medical records of John Desch from Banner Baywood Medical Center, bates no. Banner Baywood Medical Center Medical Records 00001-00359.

57. Billing records of John Desch from Banner Baywood Medical Center, bates no. Banner Baywood Medical Center Billing 00001-00007.

58. Medical records of John Desch from Southwest Diagnostic Imaging 00001-00004.

59. Medical records of John Desch from East Valley Diagnostic Imaging, LLC., bates no. East Valley Diagnostic Imaging, LLC00001-00004.

60. Custodian of Records Certification for Professional Radiology Consultants, bates no. Professional Radiology Consultants Ltd. 00001.

4248554v1/24464-0002

61. John C. Lincoln Radiology records, CD attached as John C. Lincoln00001.

62. Banner Thunderbird Medical Center Radiology records, CD attached as Banner Thunderbird00001.

63. Banner Baywood Medical Center Radiology records, CD attached, bates no. Banner Baywood00001.

64. St. Joseph's Hospital Radiology records, CD attached, bates no. St. Joes00001.

65. Billing records of John Desch from St. Joseph's Hospital and Medical Center, bates no. St. Joseph's Hospital and Medical Center Billing c/o Dignity Health00001-00005.

66. Medical Records of John Desch from St. Joseph's Hospital and Medical Center, bates no. St. Joseph's Hospital and Medical Center00001-00070.

67. Part History Report, bates no. ALLEGIANT001905 (produced with Defendant's Supplemental Response to Plaintiff's Second Request for Production of Documents and Things).

68. Allegiant Air Aircraft Maintenance and Flight Log, bates no. ALLEGIANT001906-001908 (produced with Defendant's Supplemental Response to Plaintiff's Second Request for Production of Documents and Things).

69. Allegiant Invoices, bates no. ALLEGIANT001909-001913 (produced with Defendant's Supplemental Response to Plaintiff's Second Request for Production of Documents and Things).

70. 863GA Slide Discrepancies, bates no. ALLEGIANT001914-001917.

71. Billing records from Valley Anesthesiology Consultants LTD. c/o MIMS, bates no. Valley Anesthesiology Consultants LTD. c/o MIMS00001-00002.

72. Billing records from Medical Diagnostic Imaging c/o Associated Billing, bates no. Medical Diagnostic Imaging c/o Associated Billing00001-00005.

4248554v1/24464-0002

|    |     |                                                                                                                           |
|----|-----|---------------------------------------------------------------------------------------------------------------------------|
| 1  | 73. | Medical records from Michael Castillo MD, bates no. Michael Castillo MD00001-00109.                                       |
| 3  | 74. | Medical Records from Scottsdale Healthcare Osborn, bates no. ALLEGIANT001918-002004.                                      |
| 5  | 75. | Medical Records from Banner Thunderbird Medical Center, bates no. ALLEGIANT002005-002220.                                 |
| 7  | 76. | Medical Records from IPC the Hospitalist Company, Inc., bates no. ALLEGIANT002221-002233.                                 |
| 9  | 77. | Radiology Records from Arizona Bone and Joint Specialists, CD bates no. ALLEGIANT002234.                                  |
| 11 | 78. | Radiology Records from Scottsdale Healthcare Shea, CD bates no. ALLEGIANT002235.                                          |
| 13 | 79. | Article entitled *Dream-Catching* dated March/April 2009, bates no. ALLEGIANT002246-002249.                               |
| 15 | 80. | Article entitled *Sedona Boy Honored for Bravery*, dated September 24, 2010, bates no. ALLEGIANT002236-002238.            |
| 17 | 81. | Article entitled *FAA Recognizes Ana Elizabeth Vindas*, dated September 18, 2013, bates no. ALLEGIANT002239-002244.       |
| 19 | 82. | Independent Medical Examination Report of Dr. Barry Hendin (will supplement).                                             |
| 21 | 83. | Curriculum Vitae of Dr. Barry Hendin, bates no. ALLEGIANT002243-002250.                                                   |
| 23 | 84. | Rate Sheet of Dr. Barry Hendin, bates no. ALLEGIANT002251.                                                                |
| 24 | 85. | Medical Records of John Desch from John C. Lincoln Hospital Deer Valley, bates no. John C. Lincoln Hospital Deer Valley Medical Records00001-00017. |
| 26 | 86. | Independent Medical Evaluation Report prepared by Dr. Barry Hendin, for the examination that took place on April 14, 2014, bates no. ALLEGIANT002252-002255. |

4248554v1/24464-0002

Without waiving any objections, any and all exhibits identified by any other parties, even if later withdrawn.

Defendant anticipates that additional documents/tangible evidence will be identified as discovery continues and will supplement at that time.

IV. **COMPUTATION OF DAMAGES**

This disclosure category is not applicable to Defendant except that Defendant will seek costs and fees as appropriate.

V. **RELEVANT INSURANCE AGREEMENTS**

Defendant is self-insured for the amounts at issue in this case.

DATED this 12th day of June, 2014.

GALLAGHER & KENNEDY, P.A.

By _____
Kevin D. Neal
Kimberly G. Allen
2375 E. Camelback Road
Phoenix, Arizona  85016
Attorneys for Defendant Allegiant Air

COPY of the foregoing mailed
this 12th of June, 2014, to:

Thomas A. Burnett
Burnett Law Office, PLC
1744 South Val Vista Drive, Suite 208
Mesa, AZ  85204
Attorneys for Plaintiff Desch

15

4248554v1/24464-0002